United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael A. Anzideo  
    Debtor

Case No. 16-17752-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Joan | Page 1 of 2 | Date Rcvd: Feb 23, 2017 |
| | Form ID: 167 | Total Noticed: 34 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.

```
db             +Michael A. Anzideo,    2706 S 16th Street,    Philadelphia, PA 19145-4531
13834207        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13818559       +American Express Legal,    PO Box 2163,    Southeastern, PA 19399-2163
13818560       +Amex,    Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
13861813        BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
13818561       +Bank Of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
13818562       +Barclays Bank Delaware,    PO Box 8801,    Wilmington, DE 19899-8801
13818565      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Childrens Place/Citicorp Credit Services,
                 Attn: Citicorp Credit Services,    PO Box 20507,    Kansas City, MO 64195)
13818563       +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13818564       +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
13818568       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040,
                 S Louis, MO 63179-0040
13818569       +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd MS RJW-135,    Warwick, RI 02886-1321
13824048       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
13818572       +Comenity Bank/Pier 1,    PO Box 182125,    Columbus, OH 43218-2125
13818575       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13818576       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13818578        Jordon Felzer, Esq.,    435 Devon Park Drive,    Southeastern, PA 19399
13867145       +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
13818579        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13818583       +Target,    C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
13818584       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13818585       +Visa Dept Store National Bank,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13818566       +E-mail/Text: ecf@ccpclaw.com Feb 24 2017 01:48:46     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13818570       +E-mail/Text: bankruptcy@phila.gov Feb 24 2017 01:49:23     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102-1611
13818571       +E-mail/Text: bankruptcy@phila.gov Feb 24 2017 01:49:23     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102-1504
13818573       +E-mail/Text: creditonebknotifications@resurgent.com Feb 24 2017 01:48:49     Credit One Bank Na,
                 PO Box 98873,    Las Vegas, NV 89193-8873
13822525        E-mail/Text: mrdiscen@discover.com Feb 24 2017 01:48:47     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13818574       +E-mail/Text: mrdiscen@discover.com Feb 24 2017 01:48:47     Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
13818577        E-mail/Text: cio.bncmail@irs.gov Feb 24 2017 01:48:53     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13861366        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 24 2017 01:39:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13825088        E-mail/Text: bnc-quantum@quantum3group.com Feb 24 2017 01:48:58
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13818580       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:39:46     Synchrony Bank/ JC Penneys,
                 PO Box 965064,    Orlando, FL 32896-5064
13818581       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:39:32     Synchrony Bank/TJX,
                 PO Box 965064,    Orlando, FL 32896-5064
13818582       +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:39:32     Synchrony Bank/Walmart,
                 PO Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13818567*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Joan              Page 2 of 2              Date Rcvd: Feb 23, 2017
                              Form ID: 167            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MICHAEL A. CIBIK2    on behalf of Debtor Michael A. Anzideo ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael A. Anzideo
    Debtor(s)                    Case No: 16−17752−jkf
                                              Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***

CONFIRMATION

    on: 5/25/17

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

                                              For The Court

Date: 2/23/17                                  Timothy B. McGrath
                                                   Clerk of Court