## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael A. Anzideo<br>            Debtor<br><br>BANK OF AMERICA, N.A.<br>            Movant<br>    vs.<br><br>Michael A. Anzideo<br>            Debtor<br><br>William C. Miller<br>            Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-17752 JKF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Plan of BANK OF AMERICA, N.A., which was filed with the Court on or about **December 15, 2016** (Doc. No. 10).

                                                   Respectfully submitted,

May 24, 2017                                  **/s/ Matteo S. Weiner, Esquire**
                                                  Matteo S. Weiner, Esquire
                                                  Brian C. Nicholas, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  215-627-1322
                                                  Attotneys for Movant