**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                  :        **CHAPTER 13**
**Michael A. Anzideo**


    **DEBTOR**                    :        **BKY. NO.  16-17752**


**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application  and Application to Approve Counsel Fees.

Respectfully Submitted,


Date:  June 13, 2017                    _____s/_____
                                        MICHAEL A. CATALDO, ESQUIRE
                                        CIBIK & CATALDO, P.C.
                                        1500 WALNUT  STREET, STE. 900
                                        PHILADELPHIA, PA  19102
                                        (215) 735-1060