United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17752-jkf
Michael A. Anzideo                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR            Page 1 of 1            Date Rcvd: Jun 22, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
db             +Michael A. Anzideo,    2706 S 16th Street,    Philadelphia, PA 19145-4531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Michael A. Anzideo ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Michael A. Anzideo ecf@ccpclaw.com, igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                 TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MICHAEL ANZIDEO,<br><br>     Debtor(s). | Case No. 16-17752JKF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

  **AND NOW**, this _____ day of _____, 201_____, upon consideration of the Application for Compensation, it is

  **ORDERED and DECREED** that counsel fees in the amount of **$3,500.00** are approved and the balance due to counsel in the amount of **$2,500.00** shall be disbursed in accordance with the Chapter 13 plan.

               BY THE COURT

**Date: June 22, 2017**         _____
                      HON. JEAN K. FITZSIMON
                      UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

MICHAEL ANZIDEO
Debtor(s)
2706 S 16th Street
Philadelphia, PA  19145