United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17752-mdc
Michael A. Anzideo                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1         Date Rcvd: Mar 22, 2018
                        Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
13861813        BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Debtor Michael A. Anzideo ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Michael A. Anzideo ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                   TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17752-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael A. Anzideo
2706 S 16th Street
Philadelphia PA 19145

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/19/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 | Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/24/18

Tim McGrath
**CLERK OF THE COURT**