PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-6293.NF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                    Bk. No. 16-17752-mdc

Michael A. Anzideo,                                      Chapter 13

     Debtor.
_____/

### REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Carrington Mortgage Services, LLC, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 2706 South 16th Street, Philadelphia, Pennsylvania 19145 (Loan No. XXXX9248), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: March 19, 2018            By /s/ Lee S. Raphael
                                        LEE S. RAPHAEL, ESQ., CA BAR # 180030
                                        As Agent for Claimant

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 03/27/18, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Michael A. Anzideo
2706 S 16th Street
Philadelphia, PA 19145
Debtor

Michael A. Cataldo2, Esquire
Michael A. Cibik2, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Attorney for Debtor

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 03/27/18, at Woodland Hills, California.

/s/ Marine Gaboyan