| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael** First Name | **A.** Middle Name | **Anzideo** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | | |
| Case number (if known) | **16-17752MDC13** | | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                                04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of    *Part 2: Additional Page*   as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:     Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**     *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
    ☑ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2706 S 16th Street**<br>**Residence     Zillow  FMV  $211,000**<br><br>**Owned as TIC with Joseph Anzideo. Ida Anzideo, & Debtor with 1/3 Ownership each**<br><br>**Liquidation Analysis $211,000--22,100 (10%) = $188,900 -- $124,000(Mortgage) = $65,900(Equity)**<br>**$65,900 / 3 = $21,967 Debtor Equity**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **1.1** | $145,967.00 | ☑ $21,967.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |

3. **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Debtor 1  **Michael A. Anzideo**  Case number (if known) **16-17752MDC13**

**Part 2:   Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2706 S 16th Street Residence     Zillow  FMV  $211,000**<br><br>**Owned as TIC with Joseph Anzideo. Ida Anzideo, & Debtor with 1/3 Ownership each**<br><br>**Liquidation Analysis $211,000--22,100 (10%) = $188,900 -- $124,000(Mortgage) = $65,900(Equity)**<br>**$65,900 / 3 = $21,967 Debtor Equity**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:  **1.1** | $145,967.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**2016 Hyundai Sonata (approx. 10000 miles)  KBB**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:  **3.1** | $12,503.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:<br>**2016 Hyundai Sonata (approx. 10000 miles)  KBB**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:  **3.1** | $12,503.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**6. Household goods & furnishings**<br>Line from *Schedule A/B*:  **6** | $4,200.00 | ☑ $4,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**11. Clothes**<br>Line from *Schedule A/B*:  **11** | $700.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Checking account--TD Bank**<br>Line from *Schedule A/B*:  **17.1** | $216.00 | ☑ $216.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Potential IRS Tax Refund--Tax refund to be exemptible to maximum allowed under Sec. 522(d)(5)--Estimated Refund $2244**<br>Line from *Schedule A/B*:  **28** | $2,244.00 | ☑ $2,244.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | **Michael A. Anzideo** | | Case number (if known) | **16-17752MDC13** |

**Part 2:   Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**auto accident case  MAY 10, 2017 Attorney Michelle Long**<br><br>**VS GILKIN  AND NATIONAL AUTO PARTS**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __33__ | $25,000.00 | ☑ $23,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |
| Brief description:<br>**auto accident case  MAY 10, 2017 Attorney Michelle Long**<br><br>**VS GILKIN  AND NATIONAL AUTO PARTS**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __33__ | $25,000.00 | ☑ $498.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |