**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :          CHAPTER 13

Michael A. Anzideo


            DEBTOR                          :          BKY. NO.  16-17752MDC13


**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**


1.  That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the

APPLICATION TO APPROVE SPECIAL COUNSEL  was served to all interested parties via Electronic

Means or Via Regular Mail.

2.       That as of the date hereof, no answer, objection, or request for a Hearing has

been filed with the Clerk's Office or served on the undersigned.

        WHEREFORE, the undersigned respectfully requests an Order be entered.


                                        Respectfully submitted,


DATE:  September 10, 2019                _____/s/_____
                                        MICHAEL A. CATALDO
                                        CIBIK & CATALDO, P.C.
                                        1500 WALNUT STREET, STE. 900
                                        PHILADELPHIA, PA 19102
                                        (215) 735-1060