**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                           :           CHAPTER 13

Michael A. Anzideo


            DEBTOR                    :           BKY. NO.  16-17752MDC13


**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**


1.  That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the

MOTION TO APPROVE COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SPECIAL

COUNSEL  was served to all interested parties via Electronic Means or Via Regular Mail.

2.       That as of the date hereof, no answer, objection, or request for a Hearing has

been filed with the Clerk's Office or served on the undersigned.

        WHEREFORE, the undersigned respectfully requests an Order be entered.


                                    Respectfully submitted,


DATE:  September 10, 2019              _____/s/_____
                                    MICHAEL A. CATALDO
                                    CIBIK & CATALDO, P.C.
                                    1500 WALNUT STREET, STE. 900
                                    PHILADELPHIA, PA 19102
                                    (215) 735-1060