**IN THE UNITED STATES BANKRUPTCY COURT**
<u>**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**</u>

IN RE:                              :        Chapter13
Michael Anzideo

    (DEBTOR)                    :        Bankruptcy No. 16-17752MDC13

<u>**AMENDED PROPOSED O R D E R**</u>

    AND NOW, this                   day of                   , 2019 upon
consideration of the Debtor's Motion to Approve Settlement and Distribution of
Personal Injury Proceeds

    It is Ordered that the Motion is Granted. The settlement and distribution as
outlined in the distribution sheet is attached to the motion is approved. The trustee
shall receive $1,000 of the proceeds for the benefits of general unsecured
creditors.

By the Court:

_____

Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE