## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Michael Anzideo

(DEBTOR) : Bankruptcy No. 16-17752MDC13

## AMENDED PROPOSED O R D E R

AND NOW, this  17th  day of September, 2019 upon consideration of the Debtor's Motion to Approve Settlement and Distribution of Personal Injury Proceeds

It is Ordered that the Motion is Granted. The settlement and distribution as outlined in the distribution sheet is attached to the motion is approved. The trustee shall receive $1,000 of the proceeds for the benefits of general unsecured creditors.

By the Court:

*Magdeline D. Coleman*
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE