**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :         Chapter 13
Michael Anzideo

   (DEBTOR)                      :         Bankruptcy No. 16-17752MDC13

### ORDER

AND NOW, this _17th_ day of _September_, 2019 upon consideration of the Debtor's Motion to Approve Compensation and Reimbursement of Expenses to Special Counsel, J. Fine Law Group, PC

It is Ordered that the Motion is Granted. The fees of $11,800 and reimbursement of expenses of $1,931.71 to the J. Fine Law Group are approved.

By the Court:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief United States Bankruptcy Judge