UNITED STATES BANKRUPTCY COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :         CHAPTER 13

Michael Anzideo
    DEBTOR                        :         BKY. NO.   16-17752MDC13

## ORDER

AND NOW, this 17th day of September, 2019 upon consideration of the Debtor's Motion to Appoint Special Counsel Nunc Pro Tunc.

It is ordered that the motion is granted. A subsequent application will be required to approve compensation and distribution.

By the Court:

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief United States Bankruptcy Judge