United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael A. Anzideo
      Debtor

Case No. 16-17752-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR        Page 1 of 1        Date Rcvd: Sep 18, 2019
                  Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Michael A. Anzideo,   2706 S 16th Street,   Philadelphia, PA 19145-4531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        DENISE ELIZABETH CARLON   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        MICHAEL A. CATALDO2   on behalf of Debtor Michael A. Anzideo ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2   on behalf of Debtor Michael A. Anzideo ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ   on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                           TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        Chapter 13
Michael Anzideo

    (DEBTOR)                :        Bankruptcy No. 16-17752MDC 13

### AMENDED PROPOSED O R D E R

    AND NOW, this *19th* day of *September*, 2019 upon consideration of the Debtor's Motion to Approve Settlement and Distribution of Personal Injury Proceeds

    It is Ordered that the Motion is Granted. The settlement and distribution as outlined in the distribution sheet is attached to the motion is approved. The trustee shall receive $1,000 of the proceeds for the benefits of general unsecured creditors.

By the Court:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE