Certificate Number: 16339-PAE-DE-033599359

Bankruptcy Case Number: 16-17752



16339-PAE-DE-033599359

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 24, 2019</u>, at <u>2:05</u> o'clock <u>PM EDT</u>, <u>Michael Anzideo</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 24, 2019</u>          By:    <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>