Certificate Number: 16339-PAE-DE-033599359

Bankruptcy Case Number: 16-17752



16339-PAE-DE-033599359

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 24, 2019, at 2:05 o'clock PM EDT, Michael Anzideo completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 24, 2019                    By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor