WWR# 040670743

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL A ANZIDEO,<br>　　　　　　　　　　Debtor,<br><br>CITIZENS BANK, N.A.,<br>　　　　　　　　　　Movant. | CASE NO. 16-17752-mdc<br>CHAPTER 13<br><br>**Hearing Date: 10/27/2020**<br>**Hearing Time: 10:30 a.m.** |

**REQUEST FOR ADMISSIONS**

　　Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1.　The Respondent/Debtor, Michael A Anzideo, has failed to make the payments that were due to Movant on the dates listed below and in the amounts listed below:

　　(a)　One (1) monthly payment of $350.14, due on 5/22/2020.

　　(b)　One (1) monthly payment of $350.14, due on 6/22/2020.

　　(c)　One (1) monthly payment of $350.14, due on 7/22/2020.

　　(d)　One (1) monthly payment of $350.14, due on 8/22/2020.

　　(e)　One (1) monthly payment of $350.14, due on 9/22/2020.

　　　　　　　　　　　　　　　　　　Respectfully Submitted


　　　　　　　　　　　　　　　　　　/s/ Nathalie Paul
　　　　　　　　　　　　　　　　　　Nathalie Paul, PA Bar No. 309118
　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　170 S. Independence Mall W., Suite 874W
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　267-940-1643
　　　　　　　　　　　　　　　　　　npaul@weltman.com