WWR# 040670743

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MICHAEL A ANZIDEO,<br>                       Debtor,<br><br>CITIZENS BANK, N.A.,<br>                       Movant. | CASE NO. 16-17752-mdc<br>CHAPTER 13<br><br>**Hearing Date: 10/27/2020**<br>**Hearing Time: 10:30 a.m.** |

## **ORDER**

AND NOW, this  28th  day of    October   , 2020, upon failure of Debtor(s) to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with repossession and sale of one 2016 Hyundai Sonata, VIN: 5NPE24AF1GH310729.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Nathalie Paul, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106

Michael A. Anzideo, Debtor, at 2706 S 16th Street, Philadelphia, PA 19145

Michael A Cataldo, Debtor's Attorney, at ecf@ccpclaw.com

Michael A Cibik, Debtor's Attorney, at ecf@ccpclaw.com

William C Miller, Trustee, at ecfemails@ph13trustee.com

Office of the U.S. Trustee at USTPRegion03.PH.ECF@usdoj.gov