United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17752-mdc |
| Michael A. Anzideo | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

**Recip ID      Recipient Name and Address**
db            + Michael A. Anzideo, 2706 S 16th Street, Philadelphia, PA 19145-4531

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 30, 2020 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

**Name**                        **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC pabk@logs.com

DENISE ELIZABETH CARLON
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

KRISTEN D. LITTLE
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC pabk@logs.com, klittle@logs.com

MATTEO SAMUEL WEINER
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

MICHAEL A. CATALDO2
    on behalf of Debtor Michael A. Anzideo ecf@ccpclaw.com  igotnotices@ccpclaw.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1 |

MICHAEL A. CIBIK2
    on behalf of Debtor Michael A. Anzideo ecf@ccpclaw.com  igotnotices@ccpclaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor Carrington Mortgage Services  LLC mjclark@logs.com

NATHALIE PAUL
    on behalf of Creditor Citizens Bank  N.A. npaul@weltman.com, pitecf@weltman.com

REBECCA ANN SOLARZ
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 13

WWR# 040670743

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MICHAEL A ANZIDEO,<br>    Debtor,<br><br>CITIZENS BANK, N.A.,<br>    Movant. | CASE NO. 16-17752-mdc<br>CHAPTER 13<br><br>**Hearing Date: 10/27/2020**<br>**Hearing Time: 10:30 a.m.** |

## ORDER

AND NOW, this  28th  day of   October   , 2020, upon failure of Debtor(s) to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with repossession and sale of one 2016 Hyundai Sonata, VIN: 5NPE24AF1GH310729.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Nathalie Paul, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106

Michael A. Anzideo, Debtor, at 2706 S 16th Street, Philadelphia, PA 19145

Michael A Cataldo, Debtor's Attorney, at ecf@ccpclaw.com

Michael A Cibik, Debtor's Attorney, at ecf@ccpclaw.com

William C Miller, Trustee, at ecfemails@ph13trustee.com

Office of the U.S. Trustee at USTPRegion03.PH.ECF@usdoj.gov