United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 16-17752-mdc
Michael A. Anzideo | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Oct 12, 2021      Form ID: 138OBJ      Total Noticed: 43

The following symbols are used throughout this certificate:

**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Anzideo, 2706 S 16th Street, Philadelphia, PA 19145-4531 |
| 13834207 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13818560 | + | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 13861813 | | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 13818561 | + | Bank Of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 13818562 | + | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 14462335 | + | Carrington Mortgage Services, LLC, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13818575 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13818576 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13818578 | | Jordon Felzer, Esq., 435 Devon Park Drive, Southeastern, PA 19399 |
| 13818579 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14068794 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13818583 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 13818584 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 13 2021 03:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2021 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 13 2021 03:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13818565 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 03:37:45 | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, PO Box 20507, Kansas City, MO 64195 |
| 13818569 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 13 2021 03:30:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Blvd MS RJW-135, Warwick, RI 02886 |
| 13824048 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 13 2021 03:30:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 13818570 | | Email/Text: megan.harper@phila.gov | Oct 13 2021 03:30:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13818571 | | Email/Text: megan.harper@phila.gov | Oct 13 2021 03:30:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |

Case 16-17752-mdc    Doc 81    Filed 10/14/21    Entered 10/15/21 00:41:33    Desc Imaged
                                  Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: 138OBJ | Total Noticed: 43 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 13818563 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 03:37:46 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14075953 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 13 2021 03:30:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 13818566 | + | Email/Text: ecf@ccpclaw.com | Oct 13 2021 03:30:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13818568 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 10:36:19 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63179-0040 |
| 13908386 | + | Email/Text: megan.harper@phila.gov | Oct 13 2021 03:30:00 | City of Philadelphia Law Department, Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, Pennsylvania 19102-1640 |
| 13818572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2021 03:30:00 | Comenity Bank/Pier 1, PO Box 182125, Columbus, OH 43218-2125 |
| 13818573 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2021 03:37:47 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13873440 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2021 03:30:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13822525 | | Email/Text: mrdiscen@discover.com | Oct 13 2021 03:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13818574 | + | Email/Text: mrdiscen@discover.com | Oct 13 2021 03:30:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 13818577 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2021 03:30:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13818564 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 13 2021 03:37:44 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 13861366 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 03:37:44 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13867145 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 03:30:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13884389 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 03:37:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13825088 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2021 03:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13818580 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 10:56:43 | Synchrony Bank/ JC Penneys, PO Box 965064, Orlando, FL 32896-5064 |
| 13818581 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 03:37:44 | Synchrony Bank/TJX, PO Box 965064, Orlando, FL 32896-5064 |
| 13818582 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 03:37:44 | Synchrony Bank/Walmart, PO Box 965064, Orlando, FL 32896-5064 |
| 13872706 | + | Email/Text: bncmail@w-legal.com | Oct 13 2021 03:30:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13818585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 03:37:45 | Visa Dept Store National Bank, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |

TOTAL: 29

# BYPASSED RECIPIENTS

Case 16-17752-mdc    Doc 81    Filed 10/14/21    Entered 10/15/21 00:41:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: 138OBJ | Total Noticed: 43 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13818567 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13818559 | ##+ | American Express Legal, PO Box 2163, Southeastern, PA 19399-2163 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021           Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC pabk@logs.com, logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Michael A. Anzideo mail@cibiklaw.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Carrington Mortgage Services LLC mclark@squirelaw.com |
| NATHALIE PAUL | on behalf of Creditor Citizens Bank N.A. npaul@weltman.com, pitecf@weltman.com |
| REBECCA ANN SOLARZ | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michael A. Anzideo
      Debtor(s)

Case No: 16−17752−mdc
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
           Suite 400
     Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/12/21